# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| M.R. and D.S., individually and on behalf of All others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HCA HEALTHCARE INC., et al,<br><br>Defendants. | Case No. 4:23-cv-00496-BP |

### CLERK'S ORDER OF DISMISSAL

On the 3rd day of August 2023, the Plaintiffs herein having filed a Notice of Voluntary Dismissal Without Prejudice,

IT IS ORDERED that plaintiffs' complaint is hereby dismissed without prejudice against Defendants Midwest Division-RMC, LLC and Centerpoint Medical Center of Independence, LLC.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date: August 3, 2023